UNITED STATES of America,
Plaintiff–Appellee

v.

Peter Victor AYIKA, Defendant–
Appellant.

Nos. 11–51078, 12–50490.

United States Court of Appeals,
Fifth Circuit.

Oct. 17, 2013.

Joseph H. Gay, Jr., Assistant U.S. At-
torney, U.S. Attorney's Office, San Anto-
nio, TX, for Plaintiff–Appellee.

Peter Victor Ayika, FCI Latuna, Antho-
ny, NM, pro se.

Before JOLLY, JONES, and
BARKSDALE, Circuit Judges.

PER CURIAM: *

AFFIRMED. *See* 5th Circuit Rule 47.6.

* Pursuant to 5TH CIR. R. 47.5, the court has
determined that this opinion should not be
published and is not precedent except under
the limited circumstances set forth in 5TH CIR.
R. 47.5.4.